AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 2:22-CR-156 |
| Joseph Gorman, | ) | USM No: 10473-510 |
| | ) | |
| Date of Original Judgment: 06/06/2023 | ) | |
| Date of Previous Amended Judgment: | ) | Karen Savir, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | ) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 37 months **is reduced to** 30 months .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___06/06/2023___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___01/19/2024___          ___s/Edmund A. Sargus, Jr.___
                                                          *Judge's signature*

Effective Date: ___02/01/2024___          ___Edmund A. Sargus, Jr. United States District Judge___
                *(if different from order date)*                    *Printed name and title*